IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,                  :

       Plaintiff,                              :

     vs.                                       :   Case No. 3:20cr33

GLEN POLLARD,                              :   JUDGE WALTER H. RICE

       Defendant.                             :

---

PRELIMINARY PRETRIAL ORDER; NEW TRIAL DATE AND OTHER DATES SET

---

| | |
|---|---|
| Date of Scheduling Conference | 3/25/2020 |
| Jury Trial Date | Wednesday, 4/29/2020 |
| Final Pretrial Conference (by telephone) | Wednesday, 4/22/2020 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 4/17/2020 |
|    Other Motions | 4/20/2020 |
| Discovery Cut-off | 4/20/2020 |
| Speedy Trial Deadline | 4/30/2020 |
| Discovery out – Plaintiff to Defendant | most out; remainder due close of business 4/13/2020 |


/s/ Walter H. Rice (tp - per Judge Rice authorization)

April 3, 2020        WALTER H. RICE
                 UNITED STATES DISTRICT JUDGE