IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | : Case No.   3:20-CR-33 |
| vs. | : HONORABLE WALTER H. RICE |
| Pollard, Glen | : |
| Defendant | : |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on March 25, 2020 and removes the following condition:

1. *Participate in one of the following location restriction programs and abide by all the requirements of the program which will include electronic monitoring. Home Incarceration.*

Adding:

1. *Participate in one of the following location restriction programs and abide by all the requirements of the program which will include electronic monitoring. Curfew.*

All other bond conditions remain in full force and effect.

Date: 09/17/2020                                   _Walter H. Rice_  (tp - per Judge Rice authorization after his review)
                                                            HONORABLE WALTER H. RICE
                                                            UNITED STATES DISTRICT JUDGE