UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GLEN POLLARD,

    Defendant.

Case No. 3:20-cr-33

District Judge Michael J. Newman

---

**ORDER SETTING A POST-HEARING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO SUPPRESS (Doc. No. 18)**

---

This criminal case came before the Court for a suppression hearing that lasted from April 5, 2022 through April 6, 2022. At the conclusion of the hearing, counsel requested a hearing transcript and asked the Court to set a post-hearing briefing schedule. Accordingly, the Court sets the following briefing schedule: (1) Defendant shall file a post-hearing brief within **21 days** following the filing of the hearing transcript; (2) the Government shall file a response brief within **21 days** following the filing of Defendant's brief; and (3) Defendant may file a reply brief within **10 days** following the filing of the Government's response. Thereafter, the Court will take the matter under submission and will endeavor to issue a decision promptly.

    **IT IS SO ORDERED.**

Date:  <u>April 6, 2022</u>

                                                     <u>s/Michael J. Newman</u>
                                                     Hon. Michael J. Newman
                                                     United States District Judge