UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                               Case No. 3:20-cr-33

vs.

GLEN POLLARD,                           District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) MAKING AN ENDS OF JUSTICE FINDING; (2) CONTINUING TRIAL; AND (3) SETTING A STATUS CONFERENCE FOR OCTOBER 7, 2022 AT 10:00 AM**

---

On motion of both parties, this case is **CONTINUED** until **October 10, 2022**. The Court will hold a status conference on **October 7, 2022, at 10:00 a.m.** The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and after considering the factors set forth therein, the ends of justice are served by granting the requested continuance and that such continuance outweighs the best interest of the public and Defendant in a speedy trial. Failure to grant the requested continuance would deny both the Government and Defendant the time necessary for effective preparation (such as having witnesses available to testify at trial), and the ability to explore all available means of resolving these cases. *See* 18 U.S.C. § 3161(h)(7); *United States v. Sobh*, 571 F.3d 600, 603–04 (6th Cir. 2009); *United States v. Stone*, 461 F. App'x 461, 465–66 (6th Cir. 2012). Thus, the time **from September 26, 2022 until October 10, 2022** is excluded in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial.

    **IT IS SO ORDERED.**

    September 26, 2022                             s/Michael J. Newman

Hon. Michael J. Newman
United States District Judge