UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                        Case No. 3:20-cr-33

vs.

GLEN POLLARD,                              District Judge Michael J. Newman
                                                           Magistrate Judge Caroline H. Gentry

    Defendant.

_____

## ORDER REFERRING DEFENDANT GLEN POLLARD'S BOND VIOLATION HEARING TO UNITED STATES MAGISTRATE JUDGE CAROLINE H. GENTRY
_____

        Pursuant to Fed. R. Crim. P. 59(a) and Dayton Amended General Order No. 21-01, Defendant Glen Pollard's Bond Violation Hearing is referred to United States Magistrate Judge Caroline H. Gentry for a hearing and order. *See* 18 U.S.C. §§ 3041, 3141, *et seq*. This referral will terminate upon Magistrate Judge Gentry's issuance of the required order.

        **IT IS SO ORDERED.**

October 3, 2022                                                      s/Michael J. Newman
                                                                               Hon. Michael J. Newman
                                                                               United States District Judge