# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  :  | Case No. 3:20-cr-00033 |
| Plaintiff,  : | |
| : | District Judge Michael J. Newman |
| vs.  : | Magistrate Judge Caroline H. Gentry |
| : | |
| GLEND POLLARD,  : | |
| Defendant.  : | |

## ORDER REVOKING BOND AND REMANDING DEFENDANT TO THE CUSTODY OF THE U.S. MARSHAL

This case came before the Court on October 5, 2022 for a Bond Violation Hearing. Defendant was represented by his counsel. Defendant admitted the violations described in the Petitions dated August 23 and October 3, 2022. The Court heard argument from counsel for the Government and Defendant.

Pursuant to 18 U.S.C. § 3148(b)(1)(A), the Court finds probable cause to believe that Defendant committed a Federal, State or local crime while on release. The Court further finds that Defendant is unlikely to abide by any condition or combination of conditions of release. 18 U.S.C. § 3148(b)(2)(B).

Accordingly, the Court **ORDERS** that Defendant's bond be revoked and that Defendant be remanded to the custody of the U.S. Marshal.

October 5, 2022

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge