UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                              Case No. 3:20-cr-33

vs.

GLEN POLLARD,                             District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING THE DEFENDANT'S UNOPPOSED MOTION TO CONTINUE; (2) EXCLUDING THE TIME FROM OCTOBER 10, 2022 UNTIL OCTOBER 24, 2022 WITHIN WHICH THE UNITED STATES MUST BRING DEFENDANT TO TRIAL; AND (3) SETTING TRIAL TO BEGIN ON OCTOBER 24, 2022**

---

        This criminal case comes before the Court on Defendant's unopposed motion to continue. Defendant moved for this continuance at a teleconference held on October 6, 2022 at 9:30 a.m. The Court **ORDERS** that Defendant's unopposed motion to continue is **GRANTED**.

        The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting the requested continuance and that such continuance outweighs the best interest of the public and Defendant in a speedy trial. Failure to grant the requested continuance would deny both the Government and Defendant the time necessary for effective preparation (such as having witnesses available to testify at trial), and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7). Thus, the time from **October 10, 2022 until October 24, 2022** is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial.

This case is set for trial beginning on **October 24, 2022** in the Walter H. Rice Federal Building and United States Courthouse in Dayton, Ohio.  All further continuances should be made in a motion, rather than a request for a phone conference.

**IT IS SO ORDERED.**

 October 6, 2022                                        s/Michael J. Newman
                                                                           Hon. Michael J. Newman
                                                                           United States District Judge