UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 3:20-cr-33

vs.

GLEN POLLARD,                        District Judge Michael J. Newman

    Defendant.

___

### ORDER REFERRING DEFENDANT GLEN POLLARD'S MOTION FOR RELEASE FROM PRE-TRIAL DETENTION TO MAGISTRATE JUDGE CAROLINE H. GENTRY
___

This case appears before the Court following a Lafler Hearing that took place on November 16, 2022 at 2:00 PM. Defendant Glen Pollard orally moved this Court for release from pre-trial detention during the Lafler Hearing. Pursuant to Fed. R. Crim. P. 59(a) and Dayton General Order No. 22-01, Defendant's motion is referred to United States Magistrate Judge Caroline H. Gentry for hearing and order. *See* 18 U.S.C. §§ 3041, 3141, *et seq*. This referral will terminate upon Magistrate Judge Gentry's issuance of the required order.

**IT IS SO ORDERED.**

November 16, 2022                                    s/*Michael J. Newman*
                                                                  Hon. Michael J. Newman
                                                                   United States District Judge